Matter of Judicial Settlement of Accounts of John S. Ogilsbie and another, Surviving

Executors of William Hedger, Deceased.— Decree of the surrogate affirmed, with costs, payable out of the estate. Opinion by Corlett, J.